STATE v. LEEPER

No. 631P82.

Case below: 59 N.C. App. 199.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982.

STATE v. LINGERFELT

No. 482P82.

Case below: 58 N.C. App. 606.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982.

STATE v. NICKERSON

No. 615PA82.

Case below: 59 N.C. App. 236.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 December 1982. Motion of Attorney General to dismiss appeal for lack of significant public interest denied 7 December 1982.

SUNBOW INDUSTRIES, INC. v. LONDON

No. 572P82.

Case below: 58 N.C. App. 751.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982.

TURNER v. BROOKS

No. 591P82.

Case below: 58 N.C. App. 821.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 7 December 1982.